UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD SCARBROUGH,<br><br>Plaintiff,<br><br>v.<br><br>VIDALES, et al.,<br><br>Defendants. | No.  2:25-cv-01214-DC-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 14) |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 19, 2026, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. To date, neither party has filed objections to the findings and recommendations.[1]

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

---

[1] Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is Plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 19, 2026 (Doc. No. 14), are ADOPTED in full;

2. This action is DISMISSED without prejudice for failure to comply with court orders and failure to prosecute for the reasons set forth in the magistrate judge's December 5, 2025 order (*see* Doc. No. 12); and

3. The Clerk of Court is directed to close this case.


IT IS SO ORDERED.

Dated:    **March 24, 2026**                                          _____

                                                                                         Dena Coggins
                                                                                         United States District Judge

2